MISC. CASE # _____
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Case No. 17 - 283

In re: GTFlix TV, s.r.o.

_____/

### APPLICATION AND DECLARATION

Pursuant to the Digital Millennium Copyright Act of 1998, 17 U.S.C. § 512(h), GTFlix TV, s.r.o. ("GTFlix TV"), respectfully requests that the Clerk for the United States District Court for the District of Delaware please open a file with the case style above, or in a form of the Court's preference, and issue the attached subpoenas to Internet Service Provider Centrilogic, Inc. d/b/a Dacentec ("Centrilogic"). As required by 17 U.S.C. § 512(h)(2)(A), a copy of the notification sent to Centrilogic concerning this instance of infringement is hereto attached.

Pursuant to 17 U.S.C. § 512(h)(2)(C), I, Jason A. Fischer, attorney for GTFlix TV, hereby swear that the purpose for which GTFlix TV seeks the requested subpoenas is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting GTFlix TV's rights under the U.S. Copyright Act, i.e., Title 17 of the U.S. Code.

Executed this 12th day of October, 2017, under penalty of perjury.

_____
Jason A. Fischer

SO ORDERED, this 20th day of Oct , 20 17

_____
UNITED STATES DISTRICT JUDGE